IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE LEANDRO DE LA CRUZ PEREZ,**    Petitioner, | § § § § | |
| v. | § § | EP-26-CV-00339-DB |
| **CHIEF BORDER PATROL AGENT**, *et al.*,    Respondents. | § § § § § § | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 19, 2026, Respondents filed an "Updated Advisory," ECF No. 9, advising Petitioner was released from custody on February 18, 2026.

Accordingly, **IT IS FURTHER ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 25, 2026.**

**SIGNED** this **18th** day of **Feburary 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE